# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:05CR930          Recorder: CS 12/12/05          Date: 12/12/2005

Present: The Honorable Rosalyn M. Chapman, U.S. Magistrate Judge

Court Clerk: Maria Cortez                    Assistant U.S. Attorney: Jason Gonzalez & Anthony Montero

| United States of America v. | Attorney Present for Defendant | Language (s) | Interpreter |
|---|---|---|---|
| ALBERT JAMES VALENTE<br>Summons - Present | William S. Pitman<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information, acknowledges receipt of a copy and waives reading thereof.

Other: Class A Misdemeanor case. Defendant consents to proceed before a United States Magistrate Judge in a Class A Misdemeanor case. This case is assigned to United States Magistrate Judge Carla Woehrle for the plea and for all further proceedings. Counsel is to contact the clerk to Magistrate Judge Woehrle for scheduling of the plea. It is so ordered.

0 : 3.5
Initials of Deputy Clerk: mc

cc: PSA, Statistics Clerk, USM LA

ENTER ON CMS
DEC 1 5 2005