```
 1 │ DEBRA WONG YANG
   │ United States Attorney
 2 │ THOMAS P. O'BRIEN
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ BRIAN M. HOFFSTADT (Cal. Bar No. 187003)
 4 │ Assistant United States Attorneys
   │      1200 United States Courthouse
 5 │      312 North Spring Street
   │      Los Angeles, California 90012
 6 │      Telephone:  (213) 894-6482
   │      E-mail: brian.hoffstadt@usdoj.gov
 7 │
   │ Attorneys for Plaintiff
 8 │ UNITED STATES OF AMERICA
```



SEND

FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NOS. CR 05-930-CW (M) |
|---|---|---|
| | ) | CR 05-1032-CW (M) |
| Plaintiff, | ) | CR 05-1033-CW (M) |
| | ) | CR 05-1034-CW (M) |
| v. | ) | CR 05-1035-CW (M) |
| | ) | CR 05-1036-CW (M) |
| ALBERT VALENTE, | ) | CR 05-1037-CW (M) |
| RAMON VALDEZ, | ) | |
| JESSIE LUMADA, | ) | <u>EX PARTE</u> MOTION FOR SETTING OF PLEA |
| MICHAEL FOUSSE, | ) | HEARING; [PROPOSED] ORDER; |
| DWIGHT SITYAR, | ) | DECLARATION OF BRIAN M. HOFFSTADT |
| STEPHANI GIMA, and | ) | |
| JOEL DIMAANO | ) | Prop. Hearing Date: Jan. 24, 2006 |
| | ) | Prop. Hearing Time: 2:00 p.m. |
| Defendants. | ) | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby makes this <u>ex parte</u> application to set a hearing at which defendants Albert Valente, Ramon Valdez, Jessie Lumada, Michael Fousse, Dwight Sityar, Stephani Gima, and Joel Dimaano, may enter their pleas of guilty pursuant to their previously filed plea agreements.

As set forth below in the attached declaration of Brian M. Hoffstadt, the government has spoken with defense counsel for



ENTER ON CMS
JAN - 3 2006



these defendants, and it appears that most, if not all, counsel will be available to appear before this Court at the proposed hearing date and time of January 24, 2006, at 2:00 p.m. for the entry of their guilty pleas. The government believes that it would be most expeditious and efficient that as many pleas as possible be entered at the same time given the related nature of the cases.

For these reasons, the government makes this *ex parte* application to set a guilty plea hearing for the date and time specified above.

Date: December 23, 2005     Respectfully submitted,

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

12-23-05
DATE

/s/ Brian M. Hoffstadt
BRIAN M. HOFFSTADT
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

ORDER

This Court hereby sets a hearing for January 24, 2006, at 2:00 p.m. for the entry of guilty plea for defendants Albert Valente, Ramon Valdez, Jessie Lumada, Michael Fousse, Dwight Sityar, Stephani Gima, and Joel Dimaano.

/s/ Carla M. Woehrle
HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

**DECLARATION OF BRIAN M. HOFFSTADT**

I, Brian M. Hoffstadt, declare as follows:

1. I am the Assistant United States Attorney assigned to handle the matters of <u>United States v. Albert Valente</u>, CR 05-930-CW (M); <u>United States v. Ramon Valdez</u>, CR 05-1032-CW (M); <u>United States v. Jessie Lumada</u>, CR 05-1033-CW (M); <u>United States v. Michael Fousse</u>, CR 05-1034-CW (M); <u>United States v. Dwight Sityar</u>, CR 05-1035-CW (M); <u>United States v. Stephani Gima</u>, CR 05-1036-CW (M); and <u>United States v. Joel Dimaano</u>, CR 05-1037-CW (M).

2. These cases have been consolidated before the Honorable Carla M. Woehrle, United States Magistrate Judge, because they involve a related series of events -- namely, the theft and subsequent distribution of a copy of *Star Wars: Episode III -- Revenge of the Sith* prior to its release in movie theatres. Each of the above-named defendants has signed and filed a plea agreement, in which he or she has agreed to enter a plea of guilty to a single misdemeanor count of criminal copyright infringement.

3. During the weeks of December 12, 2005, and December 19, 2005, I spoke with the following defense counsel, who informed me of the following regarding their availability to appear before this Court on January 24, 2006, for the purpose of having his/her client enter a plea of guilty:

   a. William Pitman, counsel for defendant Albert Valente, informed me that he is currently available to appear for a guilty plea hearing on January 24, 2006, at 2:00 p.m.

   b. Errol Stambler, counsel for defendant Ramon Valdez, informed me that he is currently available to appear for a guilty plea hearing on January 24, 2006, at 2:00 p.m.

   c. Kim Savo, counsel for defendant Jessie Lumada, informed me that she is currently available to appear for a guilty plea hearing on January 24, 2006, at 2:00 p.m.

   d. Philip Deitch, counsel for defendant Michael Fousse, was out of town when I contacted him directly about the January 24, 2006, date. However, in a letter dated December 14, 2005, I informed Mr. Deitch of a tentative January 24, 2006, date, and he raised no objection.

   e. Anthony Solis, counsel for defendant Dwight Sityar, informed me that he is currently available to appear for a guilty plea hearing on January 24, 2006, at 2:00 p.m.

   f. David Kaloyanides, counsel for defendant Stephani Gima, informed me that he is currently available to appear for a guilty plea hearing on January 24, 2006, at 2:00 p.m.

   g. Brian Newman, counsel for defendant Joel Dimaano, informed me that he currently has a trial set before Judge Manella to begin on January 24, 2006; however, he is not certain at this time whether the trial will go on that date. He may also be able to make alternative arrangements to appear for a plea in this matter.

 I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 23, 2005

                _____
                BRIAN M. HOFFSTADT

## CERTIFICATE OF SERVICE

I, YOLANDA AGUAYO, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of United States District Court for the Central District of California, at whose discretion I served a copy of: **EX PARTE MOTION FOR SETTING OF PLEA HEARING; (PROPOSED) ORDER; DECLARATION OF BRIAN M. HOFFSTADT**

Service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**SEE ATTACHED LIST**

This Certificate is executed on December 27, 2005, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
YOLANDA AGUAYO

## SERVICE LIST
## U.S. v. VALENTE, ET AL.,

SCANNED

**VIA FACSIMILE:**

       BILL PITMAN, ESQ.
       Facsimile: (213) 629-0208

       ERROL STAMBLER, ESQ.
       Facsimile: (310) 470-3968

       KIM SAVO, ESQ.
       Facsimile: (213) 894-0081

       PHIL DEITCH, ESQ.
       Facsimile: (323) 938-3318

       ANTHONY SOLIS
       Facsimile: (213) 489-5923

       DAVID KALOYANIDES
       Facsimile: (626) 609-0305

       BRIAN NEWMAN, ESQ.
       Facsimile: (310) 337-0063

**VIA FACSIMILE:**