# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No.   CR 05-930 CW

Date   January 24, 2006

Present: The Honorable   CARLA M. WOEHRLE, U.S. MAGISTRATE JUDGE

Interpreter   N/A

| Donna Thomas | | Brian Hoffstadt |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Albert James Valente | X | | X | William S. Pitman | | | X |

**Proceedings:** GUILTY PLEA AND SENTENCING

Defendant is sworn. The Court questions the defendant and defense counsel regarding the knowing and voluntary nature of the proposed plea and the terms of the plea agreement.

Court reads the charge and advises the defendant of the elements of the offense.

Defendant pleads guilty to the one-count Information.

After further questioning of defendant, Court orders the plea of guilty accepted and entered.

The hearing regarding sentencing will take place on **April 12, 2006 at 1:30 p.m.** in courtroom 640 of the Roybal Building.

cc: Probation Office
    PSA

Initials of Deputy Clerk   DT

ENTER ON ICMS
MAR - 3 2006