William S. Pitman
Suite 2200
624 South Grand Avenue
Los Angeles, CA 90017
(213) 629-0272

Attorney for Albert Valente (Defendant)



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-05-00930-CMW |
| Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. ) | |
| ALBERT VALENTE, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, Albert Valente, through his undersigned counsel, and the United States of America, by and through its undersigned counsel, that the sentencing hearing in this case, presently set for April 12, 2006, be continued to May 4, 2006 at 2:00 p.m.

This stipulation is entered into for the following reasons:

1. Counsel for the defendant is ordered to commence trial on April 7, 2006, <u>People v. Rafael Alamillo</u>, Case Number BA274423, Los Angeles Superior Court. The case is expected to last approximately one week and has required significant pretrial preparation.

///




1

2. Counsel for the defendant is in the process of investigating sentencing issues and obtaining documentation and materials that are relevant to the sentencing issues and decisions in this case.

3. That after conferring with the Courtroom Deputy to the Honorable Carla M Woehrle, United States Magistrate Judge, May 4, 2006 at 2:00 p.m, is a date agreeable to the court, as well as counsel for both the government and the defendant.

Dated 4/6, 2006.

WILLIAM S. PITMAN
Attorney for Albert Valente

Dated 4/7, 2006.

BRIAN HOFFSTADT, AUSA (per telephonic authorization. WSP)
Attorney for the Government

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing in this case, presently set for April 12, 2006, be continued to May 4, 2006 at 2:00 p.m.

Dated April 10, 2006.

Carla M. Woehrle
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE BY HAND**

I, WILLIAM S. PITMAN, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Law Offices of William S. Pitman, 624 South Grand Avenue, Suite 2200, Los Angeles, California 90017; that I am over the age of eighteen years, and am not a party to the above-entitled action.

That I, William S. Pitman, am a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by hand described in this Certificate was made; that on April 6, 2006, I caused to be delivered by United States Mail, in the above-entitled action, to the persons named below, a copy of STIPULATION TO CONTINUE SENTENCING

Addressed to:

Brian Hoffstadt
Assistant United States Attorney
312 No. Spring Street
Los Angeles, CA   90012

This certificate is executed on April 6, 2006, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
WILLIAM S. PITMAN